**Joe TAYLOR, Appellant, v. STATE of Texas, Appellee.**

No. 21760.

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Tom M. Miller, of Graham, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

No. 21748.

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

**Joe TAYLOR, Appellant, v. STATE of Texas, Appellee.**

No. 21759.

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

**Joe TAYLOR, Appellant, v. STATE of Texas, Appellee.**

No. 21749.

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Tom M. Miller, of Graham, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of theft of property over the value

of $50, and the waiver of a trial by jury, the court assessed his penalty at two years confinement in the penitentiary.

The appellant has filed a written application, duly verified by his affidavit, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is ordered dismissed.